1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

**FILED**

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

5  Attorneys for the United States

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | CASE NUMBER:<br>2:17-SW-0961-EFB<br>2:17-SW-0962-EFB<br>2:17-SW-0963-EFB<br>2:17-SW-0964-EFB<br>2:17-SW-0965-EFB |
| ALL FUNDS MAINTAINED AT TRI COUNTIES BANK ACCOUNT NUMBER 491039991, HELD IN THE NAME OF SIERRA EXECUTIVE GROUP, INC., | |
| ALL FUNDS MAINTAINED AT MECHANICS BANK ACCOUNT NUMBER 42073421, HELD IN THE NAME OF LEMON GOLD VENTURES, INC., | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| ALL FUNDS MAINTAINED AT FIRST CITIZENS BANK ACCOUNT NUMBER 001064426523, HELD IN THE NAME OF BLACK ROCK INVESTMENTS, INC., | |
| ALL FUNDS MAINTAINED AT WYOCHEM FEDERAL CREDIT UNION ACCOUNT NUMBER 37648 (S9), HELD IN THE NAME OF LAKEVIEW TECHNOLOGY, AND | |
| ALL FUNDS MAINTAINED AT HIGH DESERT BANK ACCOUNT NUMBER 4042002813, HELD IN THE NAME OF BABOON PRODUCTIONS, INC., | |
| Defendants. | |

26    Upon application of the United States of America and good cause having been shown, IT IS

27 HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

28 ///

1

Order Re: Request to Unseal
Documents

proceedings be and are hereby unsealed.

Date: September 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE